UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                           Criminal No. 13-41 (JNE/JJK)
                                                             ORDER

Buck Otto White,

        Defendant.

In a Report and Recommendation dated April 2, 2014, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that Defendant's Motion to Suppress Evidence Seized by Search Warrant be denied. Defendant objected. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 64]. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Suppress Evidence Seized by Search Warrant [Docket No. 60] is DENIED.

Dated: April 22, 2014

                                                                s/Joan N. Ericksen
                                                                JOAN N. ERICKSEN
                                                                United States District Judge